```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000667
Cashier ID: kalandra
Transaction Date: 10/05/2007
Payer Name: FARMER PRICE HORNSBY AND
-----------------------------------
CIVIL FILING FEE
 For: FARMER PRICE HORNSBY AND
 Case/Party: D-ALM-1-07-CV-000898-001
 Amount:        $350.00
-----------------------------------
CHECK
 Check/Money Order Num: 25603
 Amt Tendered: $350.00
-----------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

KIP LAMAR SNELL V. CITY OF SLOCOMB
```