AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

KIP LAMAR SNELL

V.

CITY OF SLOCOMB

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:07-cv-898-MHT

TO: (Name and address of Defendant)

City of Slocomb
Attn: Peggy Armstrong, City Clerk
255 East Lawrence Harris Highway
Slocomb, Alabama 36375

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Elizabeth B. Glasgow
Farmer, Price, Hornsby & Weatherford, L.L.P.
P. O. Drawer 2228
Dothan, Alabama 36302

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                        10/5/07

CLERK                                                     DATE

(By) DEPUTY CLERK