U.S.D.C. CLERK OF COU[RT]
P. O. BOX 711
MONTGOMERY, AL 36101

07cv898

**3. Service Type:** CERTIFIED
(Extra Fee) ☐ Yes

**2. Article Number:** 7111 1670 5840 0010 1317

**COMPLETE THIS SECTION ON DELIVERY**

**A. Signature:** (☐ Addressee or ☐ Agent)
X Dorothy D H. Cooper

**B. Received By:** (Please Print Clearly)

**C. Date of Delivery**

**D. Addressee's Address** (If Different From Address Used by Sender)
PO Box 1147
Slocomb, AL 36375

7111 1670 5840 0010 1317

**1. Article Addressed To:**

CITY OF SLOCOMB
ATTN: PEGGY ARMSTRONG, CITY CLERK
255 EAST LAWRENCE HARRIS HIGHWAY
SLOCOMB AL 36375