IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| KIP LAMAR SNELL, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO.: |
| | ) | 1:07CV898-MHT |
| CITY OF SLOCUMB | ) | |
| | ) | |
| DEFENDANT. | ) | |

## CONFLICT DISCLOSURE STATEMENT

COME NOW City of Slocomb, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and the provisions of the Middle District of Alabama's General Order No. 00-3047:

[X]   The City of Slocomb is a governmental entity, or

[ ]   There are no entities to be reported, or

[X]   The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| City of Slocomb Police Department | Part of City Government |

Dated this the 29th day of October, 2007.

/s/ Steadman S. Shealy, Jr.
Steadman S. Shealy, Jr. (SHE023)
ASB 2193-Y88S
Attorney for Defendant:
City of Slocomb

OF COUNSEL:
SHEALY, CRUM & PIKE, P.C.
P. O. Box 6346
Dothan, AL 36302-6346
(334) 677-3000
Fax (334) 677-0030

## CERTIFICATE OF SERVICE

  I hereby certify that I have this day mailed a copy of the foregoing, properly addressed and postage prepaid, to:

Elizabeth B. Glasgow
Farmer, Price, Hornsby & Weatherford, LLP
100 Adris Place
P.O. Box 2228
Dothan, AL  36302

H. Samuel Prim III
Prim, Freeman and Mendheim, LLC
P.O. Box 2147
207 West Adams St.
Dothan, AL 36302

  This the 29th day of October, 2007.

            /s/ Steadman S. Shealy, Jr._____