IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

LAMAR KIP SNELL,                    )
                                    )
          Plaintiff,                )
                                    )
v.                                  )          CASE NO. 1:07cv898-MHT
                                    )
CITY OF SLOCOMB,                    )
                                    )
          Defendant,                )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Lamar Kip Snell, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and  managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☒    This party is an individual, or

☐    This party is a governmental entity, or

☒    There are no entities to be reported, or

☐    The following entities and their relationship to the party are hereby reported:

Reportable Entity                          Relationship to Party

_____          _____

_____          _____

_____          _____

_____          _____

____11/2/07____                           _____
Date                                      Counsel Signature

                                          Elizabeth B. Glasgow_____
                                          Counsel for Lamar Kip Snell

                                          P. O. Drawer 2228, Dothan, Alabama 36302
                                          Address, City, State Zip Code

                                          (334) 793-2424__
                                          Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2007, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to the

following:

>     Steadman S. Shealy, Jr., Esq.
>     Shealy, Crum & Pike, P.C.
>     P. O. Box 6346
>     Dothan, Alabama 36302

                              s/ Elizabeth B. Glasgow