IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KIP LAMAR SNELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 1:07-cv-898-MHT |
| | ) |
| CITY OF SLOCOMB, ALABAMA, | ) |
| | ) |
| Defendant. | ) |

## JOINT RULE 26(f) REPORT

I. Pursuant to Fed. R. Civ. P. 26(f), on November 15, 2007, the parties agreed on a discovery plan.

II. Pre-Discovery Disclosures. The parties will exchange by December 14, 2007, the information required by Fed. R. Civ. P. 26(a)(1).

III. Discovery Plan. The parties jointly propose to the Court the following discovery plan:

    A. Discovery will be needed on the following subjects:

        1. The facts and circumstances surrounding the events made the basis of this lawsuit;

        2. Expert witness opinions; and

        3. The damages claimed by the plaintiff.

    B. All discovery should be commenced in time to be completed by October 6, 2008.

    C. A maximum of forty interrogatories should be allowed by each party to any other party.

    D. No limit on requests for production of documents and tangible things.

  E. A maximum of forty requests for admission should be allowed by each party to any other party.

  F. No limit on the number of depositions.

  G. Each deposition should be limited to a maximum of seven hours, unless extended by agreement of parties.

  H. Reports from retained experts under Rule 26(a)(2) should be due:

    1. From the plaintiff by April 25, 2008; and

    2. From the defendant by June 20, 2008.

  I. Supplementations under Rule 26(e) should be due August 8, 2008.

IV. Other Items.

  A. The parties do not request a conference with the Court before entry of the scheduling order.

  B. The parties request a pretrial conference on September 29, 2008.

  C. The plaintiff should be allowed until February 15, 2008, to join additional parties and to amend the pleadings.

  D. The defendant should be allowed until February 22, 2008, to join additional parties and to amend the pleadings.

  E. All potentially dispositive motions should be filed by June 27, 2008.

  F. Settlement cannot be evaluated prior to June 27, 2008.

  G. Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from the plaintiff by September 29, 2008.

  H. Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from the defendant by September 29, 2008.

    I.      Parties should have fourteen days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

    J.      The case should be ready for trial by November 3, 2008, and at this time, is expected to take approximately three days.

Dated: November 15, 2007.

                                            **s/ Elizabeth B. Glasgow**
                                            Elizabeth B. Glasgow  (GLA015)
                                            Attorney for Plaintiff

OF COUNSEL:

FARMER, PRICE, HORNSBY & WEATHERFORD, LLP
P.O. Box 2228
Dothan, Alabama 36302
Tel. (334) 793-2424
Fax (334) 793-6624
E-mail: eglasgow@fphw-law.com

PRIM, FREEMAN AND MENDHEIM, LLC
P.O. Box 2147
Dothan, Alabama 36302
Tel. (334) 671-9555
Fax (334) 671-9615
E-mail: hsprim3@graceba.net

                                            **s/ James H. Pike**
                                            James H. Pike  (PIK003)
                                            Attorney for Defendant
                                            The City of Slocomb, Alabama

OF COUNSEL:

SHEALY, CRUM & PIKE, P.C.
P.O. Box 6346
Dothan, Alabama 36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail: jpike@scplaw.us

4