IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
KIP LAMAR SNELL,              )
                              )
    Plaintiff,                )
                              )      CIVIL ACTION NO.
    v.                        )       1:07cv898-MHT
                              )
CITY OF SLOCOMB,              )
                              )
    Defendant.                )
```

### ORDER

It is ORDERED that the motion for leave to amend answer (Doc. No. 12) is granted. The court assumes that plaintiff has no objection to the allowance of the amendment; however, if plaintiff does, plaintiff must file the objection within seven days from the date of this order.

DONE, this the 28th day of February, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE