IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| KIP LAMAR SNELL,                )<br>                                 )<br>    Plaintiff,                   )<br>                                 )             CIVIL ACTION NO.<br>    v.                           )              1:07cv898-MHT<br>                                 )<br>CITY OF SLOCOMB,                 )<br>                                 )<br>    Defendant.                   ) | |

### ORDER

It is ORDERED that the joint motion for approval of settlement (Doc. No. 15) is set for an on-the-record hearing on July 30, 2008, at 10:30 a.m. Counsel for defendant City of Slocomb is to arrange for the hearing to be conducted by telephone. Plaintiff Lamar Kip Snell is to be <u>personally</u> available by telephone so that he can give testimony.

DONE, this the 25th day of July, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE